# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POM OF PENNSYLVANIA, LLC | : | |
| t/d/b/a PACE-O-MATIC, and | : | |
| SAVVY DOG SYSTEMS, LLC, | : | |
| | : | No.: 4:19-cv-00529-MWB |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PASKILLVENDING.COM, | : | |
| JOHN DOES 1-100, and | : | |
| XYZ COMPANIES 1-100, | : | |
| | : | |
| Defendants. | : | |

## [PROPOSED] ORDER

AND NOW, on this ___ day of _____, 2019, upon consideration of

Plaintiffs POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, and Savvy Dog

Systems, LLC's Omnibus Motion for Extension of Deadline for Service of

Process, Leave to Serve Process by E-Mail, and Conduct Third-Party Discovery, it

is HEREBY ORDERED that said Motion is GRANTED.

**IT IS SO ORDERED.**

_____
Hon. Matthew W. Brann
United States District Judge

{01778568;v1 }

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC :
t/d/b/a PACE-O-MATIC, and :
SAVVY DOG SYSTEMS, LLC, :
: No.: 4:19-cv-00529-MWB
Plaintiffs, :
:
v. :
:
PASKILLVENDING.COM, :
JOHN DOES 1-100, and :
XYZ COMPANIES 1-100, :
:
Defendants. :

## PLAINTIFFS' OMNIBUS MOTION FOR EXTENSION OF DEADLINE FOR SERVICE OF PROCESS, LEAVE TO SERVE PROCESS BY E-MAIL, AND CONDUCT THIRD-PARTY DISCOVERY

Plaintiffs POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, and Savvy Dog Systems, LLC, (collectively, "Plaintiffs"), by and through undersigned counsel, respectfully submit this motion, seeking an Order affording additional time for service of process, permitting service on Defendants by e-mail, and allowing third-party discovery in advance of a conference between the parties under Rule 26.

In support of this Motion, Plaintiffs aver as follows:

1. On March 25, 2019, Plaintiffs commenced this action for violations of the Lanham Act and related claims under the laws of Pennsylvania, arising from Defendants' unauthorized use of Plaintiff's common-law trademark in connection

{01778568;v1 }

with their distribution, marketing, advertising, promotion, and/or sale of electronic games and software plays.

2.     Defendant PASKILLVENDING.COM – whose true identity and location was unknown at the time and currently remain unknown – is a business operating via, *inter alia*, its website www.paskillvending.com and various agents and/or representatives in Pennsylvania.[1]

3.     Although the Rules of Civil Procedure generally require that service be made within 90 days of the date on which the Complaint is filed, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  Fed.R.Civ.P. 4(m).

4.     With respect to the manner of service, a defendant may be served by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made[.]" Fed.R.Civ.P. 4(e)(1).

5.     In turn, Pennsylvania law permits service by e-mail, particularly where (as here) traditional means have proven unsuccessful despite Plaintiffs' best efforts.  *See, e.g.*, *Power Corp. of Canada v. Power Fin.*, No. Civ.A. 4:09-CV-

---

[1] Defendants John Does 1-100 and XYZ Companies 1-100, in conjunction with the aforementioned named defendant, are engaged in the same or similar conduct as alleged in this Complaint.

0510, 2009 WL 982750, at *1 (M.D. Pa. Apr. 13, 2009) (citing *Calabro v. Leiner,* 464 F.Supp.2d 470, 472 (E.D. Pa. 2006) and *PNC Bank, N.A. v. Unknown Heirs,* 929 A.2d 219, 229 (Pa. Super. 2007)).

6. As set forth more fully in the supporting brief and the accompanying affidavits,[2] service of process by e-mail and a reasonable extension of time in which to effectuate said service are appropriate because: (a) Plaintiffs have endeavored in good faith to ascertain Defendants' identity and physical address; (b) upon information and belief, the e-mail address that Plaintiffs propose as a method for causing service is operational and used by Defendants to conduct business; and (c) Defendants have deliberately attempted to shield their identity from discovery.

7. Finally, although parties may not ordinarily "seek discovery from any source before the parties have conferred as required by Rule 26(f)[,]" Fed.R.Civ.P. 26(d)(1), courts are vested with discretion to permit discovery in appropriate circumstances.

8. Given that Defendants' intentional efforts to conceal their identity has rendered a Rule 26(f) Conference impossible in the foreseeable future, Plaintiffs'

---

[2] In accordance with the Local Rules of this Court, Plaintiffs will submit a brief within fourteen days of this Motion.

request to conduct third-party discovery, which is limited solely to the question of their identity and whereabouts.

9. Because Defendants' website is registered anonymously, Plaintiffs seek third-party discovery of Defendant's internet registration service in order to ascertain Defendants' identities.

10. Third-party discovery is necessary both to identify the Defendants and secure their cooperation in an expeditious resolution of this dispute.

WHEREFORE, for the reasons set forth above and in the supporting brief, Plaintiffs, respectfully request that the Court grant this motion and enter the attached Order affording additional time for service of process, permitting service on Defendants by e-mail and, allowing third-party discovery.

Respectfully Submitted,

*/s/ Matthew H. Haverstick*

Matthew H. Haverstick (PA No. 85072)
Paul G. Gagne (PA No. 42009)
Shohin H. Vance (PA No. 323551)
Kleinbard LLC
Three Logan Square; Fifth Floor
1717 Arch Street
Philadelphia, PA  19103
Telephone:  215-568-2000
Fax:  215-568-0140

*Counsel for Plaintiffs*

# <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to L.R. 7.1, undersigned counsel certifies that Plaintiff sought concurrence from Defendants in the above Motion, but was unable to obtain a response.

*/s/Paul G. Gagne*
Kleinbard LLC
Three Logan Square; Fifth Floor
1717 Arch Street
Philadelphia, PA  19103
Telephone:  215-568-2000
Fax:  215-568-0140

*Counsel for Plaintiffs*

{01778568;v1 }

## CERTIFICATE OF SERVICE

I certify that, on June 24, 2019, I served all parties by filing the foregoing on the Court's ECF filing system.

*/s/Shohin H. Vance*
Kleinbard LLC
Three Logan Square; Fifth Floor
1717 Arch Street
Philadelphia, PA  19103
Telephone:  215-568-2000
Fax:  215-568-0140

*Counsel for Plaintiffs*

{01778568;v1 }