# EXHIBIT A

**GoDaddy**®

  

Promos

# Search the WHOIS Database

Enter a domain name to search     Search

**Private Registration**     **Local listings**

# WHOIS search results

Domain Name: paskillvending.com

Registry Domain ID: 2307150947_DOMAIN_COM–VRSN

Registrar WHOIS Server: whois.godaddy.com

Registrar URL: http://www.godaddy.com

Updated Date: 2018–09–07T15:51:50Z

Creation Date: 2018–09–07T15:51:50Z

Registrar Registration Expiration Date: 2019–09–07T15:51:50Z

Registrar: GoDaddy.com, LLC

Registrar IANA ID: 146

Registrar Abuse Contact Email: abuse@godaddy.com

Registrar Abuse Contact Phone: +1.4806242505

Domain Status: clientTransferProhibited

http://www.icann.org/epp#clientTransferProhibited

Domain Status: clientUpdateProhibited

http://www.icann.org/epp#clientUpdateProhibited

Domain Status: clientRenewProhibited

http://www.icann.org/epp#clientRenewProhibited

Domain Status: clientDeleteProhibited

http://www.icann.org/epp#clientDeleteProhibited

Registry Registrant ID: Not Available From Registry

Registrant Name: Registration Private

Registrant Organization: Domains By Proxy, LLC

Registrant Street: DomainsByProxy.com

Registrant Street: 14455 N. Hayden Road

Registrant City: Scottsdale

Registrant State/Province: Arizona

Registrant Postal Code: 85260

Registrant Country: US

Registrant Phone: +1.4806242599

Registrant Phone Ext:

Registrant Fax: +1.4806242598

Registrant Fax Ext:

Registrant Email: paskillvending.com@domainsbyproxy.com

Registry Admin ID: Not Available From Registry

Admin Name: Registration Private

Admin Organization: Domains By Proxy, LLC

Admin Street: DomainsByProxy.com

Admin Street: 14455 N. Hayden Road

Admin City: Scottsdale

Admin State/Province: Arizona

Admin Postal Code: 85260

Admin Country: US

Admin Phone: +1.4806242599

Admin Phone Ext:

Admin Fax: +1.4806242598

Admin Fax Ext:

Admin Email: paskillvending.com@domainsbyproxy.com

Registry Tech ID: Not Available From Registry

Tech Name: Registration Private

Tech Organization: Domains By Proxy, LLC

Tech Street: DomainsByProxy.com

Tech Street: 14455 N. Hayden Road

Tech City: Scottsdale

Tech State/Province: Arizona

Tech Postal Code: 85260

Tech Country: US

Tech Phone: +1.4806242599

Tech Phone Ext:

Tech Fax: +1.4806242598

Tech Fax Ext:

Tech Email: paskillvending.com@domainsbyproxy.com

Name Server: NS53.DOMAINCONTROL.COM

Name Server: NS54.DOMAINCONTROL.COM

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System:

http://wdprs.internic.net/

>>> Last update of WHOIS database: 2019-07-08T18:00:00Z <<<


For more information on Whois status codes, please visit

https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-

en


Notes:


IMPORTANT: Port43 will provide the ICANN-required minimum data set

per

ICANN Temporary Specification, adopted 17 May 2018.

Visit https://whois.godaddy.com to look up contact data for domains not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, LLC. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" section. In most cases, GoDaddy.com, LLC is not the registrant of domain names listed in this database.

Case 4:19-cv-00529-MWB     Document 12-1     Filed 07/08/19     Page 6 of 8

See Underlying Registry Data   |   Contact Domain Holder   |
Report Invalid Whois

## Get it with our Domain Broker Service.

Go

## Add hosting, email and more.

Go

About GoDaddy

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

GoDaddy Store

Trust Center

Legal

Help Center

Help Center

Community

GoDaddy Blog

Contact Us

Report Abuse

## Resources

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Tools for Pros

Redeem Code

Product Catalog

Site Map

Videos

## Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro

## Account

My Account

My Renewals

Create Account

## Shopping

Domains

Websites

WordPress

Hosting

Web Security

Online Marketing

Email & Office

Phone Numbers

Promos

Get the GoDaddy App

 

🌐 United States - English ▲    USD ▲

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2019 GoDaddy Operating Company, LLC. All Rights Reserved.