# EXHIBIT B

Domains By Proxy®

> **Important!** Private registrations are now managed where the domain was registered. To manage your domain privacy, please log in to your domain registrar and go to its domain management page.

Home     About Us     Support



File a Claim

# Your identity is nobody's business but ours.®

## How does Private Registration work?

Our contact information is made public in the WHOIS directory - not yours. See the difference.

We provide a private email address for your domain
You decide which emails we should forward to you and which ones we should filter for spam.

You retain FULL CONTROL over your domain and can:
- Cancel, sell, or renew your domain
- Control the content for your website
- Set the name servers for your domain
- Update the underlying domain contact information
- Resolve any and all disputes involving your domain

We protect your identity
And only reveal it in special situations.

## Getting Private Registration is Easy!

- Buy privacy from an affiliated registrar for a new or existing domain.
- Add privacy when you transfer a domain to an affiliated registrar.
- Add privacy to a new or existing domain name backorder at an affiliated registrar.

## Private registration helps you:

- Protect your identity
- Stop domain-related spam
- Thwart harassers & stalkers
- End data mining
- Maintain personal and family privacy
- Prevent your domain from being hijacked
- Shield legitimate business endeavors
- Voice political and First Amendment speech

## Why choose Domains By Proxy?

Launched in 2002, Domains By Proxy was the Internet's very first Whois privacy service. Our service was born from consumer demand, since many Internet users didn't want their personal information available for everyone to see in the Whois directory. Now, over a decade later, with 15 - 25% of all .COM, .NET, .ORG, .BIZ, & .INFO domains utilizing privacy services*, Domains By Proxy is still the gold standard, providing consumers with a reputable service and unparalleled customer support.

*ICANN's study on the prevalence of domain names registered using a privacy or proxy service among the top 5 gTLDs (October 2009).

DomainsBy Proxy®

**Links**
» File a Claim
» Media Inquiries
» Testimonials
» Scams and Security

**Legal Agreements & Policies**
» Proxy Agreement     » Subpoena Policies
» Privacy Policy     » UDRP Handling
» Anti-Spam Policy     » Trademark/Copyright Claims

Copyright (c) 2002 - 2019
All rights reserved.
U.S. Pat. Nos. 7,130,878; 7,627,633;
7,814,141; 7,870,213; 7,870,214;
7,930,383; 7,937,446; and 7,996,457



United States - English