# EXHIBIT C

7/8/2019

Case 4:19-cv-00529-MWB    Document 12-3 : Public vs. Private    Filed 07/08/19    Page 2 of 2

Home    About Us    Support



**Your identity is
nobody's business
but ours.**®

# Public vs. Private

With a public registration, John Smith's
personal information is available for
anyone to see in the Whois listing for his
domain - anywhere, anytime.

But a private registration with Domains By
Proxy shields John Smith's personal
information from public display -- and the
private email address we create allows
John to control who reaches him.

## Public Whois

**Registrant:**

John Smith

1234 Elm Street

Hometown, AZ 85000

Registered through GoDaddy.com

Domain Name: Example.com

Created on: 15-Oct-02

Expires on: 15-Oct-03

Last Updated on: 17-Oct-02

### Administrative Contact:

John Smith

john@Example.com

1234 Elm Street

Hometown, AZ 85000

+1.4805555555

Technical Contact ▾

## Private Whois

**Registrant:**

Domains By Proxy

14455 N. Hayden Road

Scottsdale, AZ 85260

Registered through GoDaddy.com

Domain Name: Example.com

Created on: 15-Oct-02

Expires on: 15-Oct-03

Last Updated on: 17-Oct-02

### Administrative Contact:

Domains By Proxy

Example.com@DomainsByProxy.com

14455 N. Hayden Road

Scottsdale, AZ 85260

+1.4806242599

Links
» File a Claim
» Media Inquiries
» Testimonials
» Scams and Security

Legal Agreements & Policies
» Proxy Agreement    » Subpoena Policies
» Privacy Policy    » UDRP Handling
» Anti-Spam Policy    » Trademark/Copyright Claims

Copyright (c) 2002 - 2019
All rights reserved.
U.S. Pat. Nos. 7,130,878; 7,627,633;
7,814,141; 7,870,213; 7,870,214;
7,930,383; 7,937,446; and 7,996,457



United States - English