# EXHIBIT D

## VERIFICATION

I, Jeff Millay, hereby verify that the following facts are true and correct to the best of my knowledge, information and belief and acknowledge that this verification is made subject to the penalties Section 4904 of the Crimes Code, *see* 18 Pa.C.S. § 4904, relating to unsworn falsification to authorities:

1. I am an adult male currently residing at Montoursville, Pennsylvania.

2. Since August 2016, I have been employed as the Sales Manager at Miele Manufacturing, which is the sole licensed distributor of Pennsylvania Skill Game Machines.

3. In my capacity as Sales Manager, I oversee the sale and distribution of the aforementioned gaming devices through the State.

4. Sometime in December 2018, I became aware that a website operating under the domain name www.paskillvending.com was promoting and selling game machines, including software and related components that purported to be a Pennsylvania Skill Game Machine produced and distributed by Miele Manufacturing, or closely associated with it.

5. Thereafter, I visited the webpage and called the phone number listed on it ((412) 412-2785), whereupon, I spoke to a person who only identified himself as John and offered me a "skill game."

6. The individual did not provide a mailing address or any further identifying information, explaining that his supervisor was not at the office.

7. Over the course of the next few months, I became aware that one or more individuals associated with the above website were attempting to solicit customers in person, but

aside from leaving a leaflet showing the foregoing phone number, no other identifying information was provided.

8. Despite my best efforts, which have included substantial conversations with the targets of the solicitation at issue in this suit, my efforts to uncover information that could lead to an address associated with PASKILLVENDING.COM have proven unsuccessful.

Pursuant to 18 Pa.C.S. § 4904, the above statements are made under penalty of perjury.

Date: 7|8|19                                By: _Jeff Millay_

Jeff Millay

{01784415;v1 }