# EXHIBIT E

## Shohin Vance

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | 'paskillvending.com@domainsbyproxy.com' |
| **Sent:** | Thursday, April 18, 2019 11:36 AM |
| **Subject:** | Relayed: POM of Pennsylvania, et al. v. Paskillvending.com, et al., U.S.D.C., M.D.Pa., Case No. 4:19-cv-00529 |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

'paskillvending.com@domainsbyproxy.com' (paskillvending.com@domainsbyproxy.com)

Subject: POM of Pennsylvania, et al. v. Paskillvending.com, et al., U.S.D.C., M.D.Pa., Case No. 4:19-cv-00529