## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA LLC *t/d/b/a Pace-O-Matic*, and SAVVY DOG SYSTEMS , LLC, | No. 4:19-CV-00529 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| PASKILLVENDING.COM, JOHN DOES 1-100, XYZ COMPANIES 1-100, | |
| Defendants. | |

## ORDER

### JULY 15, 2019

**BACKGROUND:**

Plaintiffs filed this trademark infringement action against Defendant internet-based companies.  Despite their best efforts, Plaintiffs have been unable to locate Defendants[1] in order to effectuate service of process.  Consequently, they have filed the instant "Motion for Extension of Time to Deadline for Service of Process, Leave to Serve Process by E-Mail and Conduct Third Party Discovery."

The Court notes that a "plaintiff who is unable to serve process through customary methods may request permission to effect service via alternate

---

[1]    In fact, Plaintiffs assert that Defendants "have continued to take calculated measures to conceal their identity and whereabouts." ECF No. 12 at 1.

means,[2] and that a plaintiff filing such a request must show that (1) the plaintiff made a good faith effort to locate the defendant, (2) the plaintiff undertook practical efforts to effectuate service through traditional means, and (3) the alternate form of service is 'reasonably calculated to provide the defendant with notice of the proceedings against him.'"[3]   Through its papers and accompanying affidavit, Plaintiffs have satisfied these three required elements.  The motion is therefore granted.

**IT IS HEREBY ORDERED** that:

1.    Plaintiffs' Motion for Extension of Time to Deadline for Service of Process, Leave to Serve Process by E-Mail and Conduct Third Party Discovery, June 24, 2019, ECF No. 11, is **GRANTED**.

2.    No later than July 29, 2019, Plaintiffs may serve Defendants through the email address provided: paskillvending.com@domainsbyproxy.com, and are directed to attach a copy of this Order.

3.    Plaintiffs may engage in discovery limited to the issue of Defendants' identities and location.  Specifically, Plaintiffs are authorized to serve

---

[2]    *See* Pa. R. Civ. P. 430(a); *see also* Fed. R. Civ. P. 4(e)(1), (h)(1)(A),

[3]    *Power Corp. of Canada v. Power Fin.*, No. CIV.A. 4:09-CV-0510, 2009 WL 982750, at *1 (M.D. Pa. Apr. 13, 2009) (Conner, J.) *quoting Calabro v. Leiner*, 464 F.Supp.2d 470, 472 (E.D.Pa.2006); *see also PNC Bank, N.A. v. Unknown Heirs*, 929 A.2d 219, 229 (Pa.Super.Ct.2007).

a subpoena pursuant to Federal Rule of Civil Procedure 45 on

Domains by Proxy to discover this information.   Plaintiffs are

directed to attach a copy of this Order to the subpoena.


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge