## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POM OF PENNSYLVANIA, LLC<br>t/d/b/a PACE-O-MATIC, and<br>SAVVY DOG SYSTEMS, LLC, | : <br> : <br> : <br> : | |
| Plaintiffs, | : <br> : | NO. 4:19-cv-00529-MWB |
| v. | : <br> : <br> : | |
| PASKILLVENDING.COM,<br>JOHN DOES 1-100, and<br>XYZ COMPANIES 1-100, | : <br> : <br> : <br> : | |
| Defendants. | : <br> : | |

## AFFIDAVIT OF SERVICE

STATE OF Pennsylvania    )
                              ) ss.:
COUNTY OF Philadelphia    )

Shohin H. Vance, Esq., being duly sworn, deposes and says:

1.    I am counsel for Plaintiffs POM of Pennsylvania, LLC t/d/b/a/ Pace-O-Matic, and Savvy Dog Systems, LLC in the above-captioned matter.

2.    On July 29, 2019, Pursuant to this Court's July 15, 2019 Order permitting Plaintiffs to effectuate service of process via e-mail, *see* ECF No. 13, I

served a true and correct copy of the same, along with a copy of the Complaint and

Summons in Civil Action on Defendant PaSkillVending.com.

3.    I made such service by emailing the aforementioned documents to

paskillvending.com@domainsbyproxy.com, in accordance with this Court's July

15, 2019 Order.  A true and correct copy of the email and the enclosures are

attached hereto as Exhibit A.

Shohin H. Vance (PA No. 323551)
Kleinbard LLC
Three Logan Square; Fifth Floor
1717 Arch Street
Philadelphia, PA  19103
Telephone:  215-568-2000
Fax:  215-568-0140
*Counsel for Plaintiffs POM of
Pennsylvania, LLC t/d/b/a Pace-O-
Matic and Savvy Dog Systems, LLC*

Sworn to before me this 4

day of October , 2019

Commonwealth of Pennsylvania - Notary Seal
PATRICIA D'ERCOLE, Notary Public
Philadelphia County
My Commission Expires February 24, 2022
Commission Number 1222061

2