## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC : 
t/d/b/a PACE-O-MATIC, and :
SAVVY DOG SYSTEMS, LLC, :
                :    No.: 4:19-cv-00529-MWB
       Plaintiffs, :
                :
   v. :
                :
PASKILLVENDING.COM, :
JOHN DOES 1-100, and :
XYZ COMPANIES 1-100, :
                :
       Defendants. :

## [PROPOSED] ORDER

AND NOW, on this ___ day of _____, 2019, upon consideration of

Plaintiffs POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, and Savvy Dog

Systems, LLC's Motion for Leave to File an Amended Complaint, it is HEREBY

ORDERED that said Motion is GRANTED.

**IT IS SO ORDERED.**

_____
Hon. Matthew W. Brann
United States District Judge

{01836103;v1 }

## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC    :
t/d/b/a PACE-O-MATIC, and    :
SAVVY DOG SYSTEMS, LLC,    :
    :   No.: 4:19-cv-00529-MWB
      Plaintiffs,    :
    :
   v.    :
    :
PASKILLVENDING.COM,    :
JOHN DOES 1-100, and    :
XYZ COMPANIES 1-100,    :
    :
    Defendants.    :

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiffs POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, and Savvy Dog Systems, LLC, (collectively, "Plaintiffs"), by and through undersigned counsel, respectfully submit this motion, seeking an Order granting leave to file an amended complaint to add an additional Defendant, Elias Hanna, pursuant to Fed.R.Civ.P. 15. Pursuant to Local Rule 15.1, attached to Plaintiffs' motion are: (1) the proposed pleading as amended, including exhibits (Exhibit 1); and (2) a copy of the proposed pleading indicating how it differs from the pleading it amends, by striking through materials to be deleted and underlining materials to be added (Exhibit 2).

In support of this Motion, Plaintiffs aver as follows:

{01836103;v1 }

1.    On March 25, 2019, Plaintiffs commenced this action for violations of the Lanham Act and related claims under the laws of Pennsylvania, arising from Defendants' unauthorized use of Plaintiff's common-law trademark in connection with their distribution, marketing, advertising, promotion, and/or sale of electronic games and software plays.

2.    Defendant PASKILLVENDING.COM – whose true identity and location was unknown at the time of filing – is a business operating via, *inter alia*, its website www.paskillvending.com and various agents and/or representatives in Pennsylvania.[1]  The identity of the website's registrant was previously unavailable because the domain was registered through Domains By Proxy LLC ("Domains By Proxy"), which is an entity that allows registrants to remain anonymous.

3.    After many failed efforts to elucidate the true identity of PASKILLVENDING.COM and effectuate service, *see* ECF No. 12 at 3-4 (outlining Plaintiffs' service efforts), Plaintiffs sought relief from the Court and filed an Omnibus Motion for Extension of Deadline for Service of Process, Leave to Serve Process by E-mail, and Conduct Third-Party Discovery on June 24, 2019. *See* ECF No. 11, 12.

---

[1] Defendants John Does 1-100 and XYZ Companies 1-100, in conjunction with the aforementioned named defendant, are engaged in the same or similar conduct as alleged in this Complaint.

4.     On July 15, 2019, the Court granted Plaintiffs' Omnibus Motion and ordered: (i) that Plaintiffs may serve Defendants through email service; and (ii) that Plaintiffs may engage in discovery limited to the issue of Defendants' identities and location through service of a subpoena on Domains By Proxy.  ECF No. 13 at 2-3.

5.     Thereafter, Plaintiffs served a subpoena dated August 26, 2019 on Domains By Proxy and received documents that identify Elias Hanna as the registrant for www.paskillvending.com.  These documents also list Mr. Hanna's address and contact information.  Plaintiffs now seek leave to file an amended complaint to add Elias Hanna as a defendant in the present action.

6.     Under the Federal Rules of Civil Procedure, when a party seeks to amend its pleadings, "the court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a)(2); *see also Foman v. Davis*, 371 U.S. 178, 182 (1962).

7.     Pursuant to Supreme Court and Third Circuit precedent, a trial court should grant leave to amend absent a showing that the party seeking leave has engaged in "undue delay, bad faith or dilatory motive, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party, and futility of amendment." *Dobson v. Milton Hershey School*, 356 F. Supp. 3d 428, 434 (M.D. Pa. 2018) (citing *Foman*, 371 U.S. at 182); *see also Oran v. Stafford*, 226 F.3d 275, 291 (3d Cir. 2000).

8.     As set forth more fully in the supporting brief,[2] granting leave to amend to add Elias Hanna as a Defendant in this action is appropriate because: (a) Plaintiffs have endeavored in good faith to ascertain Defendants' identity and the requested amendment is not the result of undue delay, bad faith or dilatory motive, or repeated failure to cure deficiencies by amendments previously allowed; (b) amendment will not result in undue prejudice to the opposing party and is not futile; (c) as part of its July 15, 2019 Order authorizing Plaintiffs to ascertain the identity of individuals such as Elias Hanna, the Court implicitly contemplated the eventuality of an amendment; and (d) equitable considerations, namely Defendants' evasive tactics, demonstrate that leave to amend should be granted here.

WHEREFORE, for the reasons set forth above and in the supporting brief, Plaintiffs respectfully request that the Court grant this motion and enter the attached Order allowing Plaintiffs leave to file an amended complaint to add Elias Hanna as a Defendant in the present action.

---

[2] In accordance with the Local Rules of this Court, Plaintiffs will submit a brief within fourteen days of this Motion.

Respectfully Submitted,

Matthew H. Haverstick (PA No. 85072)
Paul G. Gagne (PA No. 42009)
Shohin H. Vance (PA No. 323551)
Kleinbard LLC
Three Logan Square; Fifth Floor
1717 Arch Street
Philadelphia, PA  19103
Telephone:  215-568-2000
Fax:  215-568-0140

*Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1, undersigned counsel certifies that Plaintiff sought concurrence from Defendants in the above Motion, but was unable to obtain a response.

Kleinbard LLC
Three Logan Square; Fifth Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: 215-568-2000
Fax: 215-568-0140

*Counsel for Plaintiffs*

{01836103;v1 }

## CERTIFICATE OF SERVICE

I certify that, on November 21, 2019, I served Defendant Elias Hanna via First-Class Mail at his last known address.

Kleinbard LLC
Three Logan Square; Fifth Floor
1717 Arch Street
Philadelphia, PA  19103
Telephone:  215-568-2000
Fax:  215-568-0140

*Counsel for Plaintiffs*

{01836103;v1 }