## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC    :
t/d/b/a PACE-O-MATIC, and    :
SAVVY DOG SYSTEMS, LLC,    :
   :
     Plaintiffs,    :
   :
     v.    :
   :
PASKILLVENDING.COM,    :
JOHN DOES 1-100, and    :
XYZ COMPANIES 1-100,    :
   :
     Defendants.    :

No.: 4:19-cv-00529-MWB

FILED
WILLIAMSPORT
NOV 22 2019
PER_____
DEPUTY CLERK

### PLAINTIFFS' MOTION TO SEAL DOCUMENT

Pursuant to L.R. 5.8 and LCrR 49, Plaintiffs POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, and Savvy Dog Systems, LLC, (collectively, "Plaintiffs"), by and through undersigned counsel, respectfully submit this motion to seal Exhibit A, co-filed with the Opening Brief in Support of Plaintiffs' Motion for Leave to File an Amended Complaint. Plaintiffs also respectfully submit a statement of justification for the sealing order, pursuant to L.R. 5.8 and LCrR 49.

WHEREFORE, for all the foregoing reasons, Plaintiffs move to seal Exhibit A, co-filed with the Opening Brief in Support of Plaintiffs' Motion for Leave to File an Amended Complaint. For the convenience of the Court, a Proposed Order is attached.

{01843619;v1 }

Date: November 21, 2019

Respectfully Submitted,

_____

Matthew H. Haverstick (PA No. 85072)
Paul G. Gagne (PA No. 42009)
Shohin H. Vance (PA No. 323551)
Kleinbard LLC
Three Logan Square; Fifth Floor
1717 Arch Street
Philadelphia, PA  19103
Telephone:  215-568-2000
Fax:  215-568-0140

*Counsel for Plaintiffs*

{01843619;v1 }                    2

## CERTIFICATE OF SERVICE

I certify that, on November 21, 2019, I served Defendant Elias Hanna via

First-Class Mail at his last known address.

Kleinbard LLC
Three Logan Square; Fifth Floor
1717 Arch Street
Philadelphia, PA  19103
Telephone:  215-568-2000
Fax:  215-568-0140

*Counsel for Plaintiffs*