IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POM OF PENNSYLVANIA, LLC<br>t/d/b/a PACE-O-MATIC, and<br>SAVVY DOG SYSTEMS, LLC, | : <br> : <br> : <br> : | No.: 4:19-cv-00529-MWB |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PASKILLVENDING.COM,<br>JOHN DOES 1-100, and<br>XYZ COMPANIES 1-100, | : <br> : <br> : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, on this 27th day of   November  , 2019, upon consideration of

Plaintiffs POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, and Savvy Dog

Systems, LLC's Motion for Leave to File an Amended Complaint, it is HEREBY

ORDERED that said Motion is GRANTED.

**IT IS SO ORDERED.**

_s/ Matthew W. Brann_
Hon. Matthew W. Brann
United States District Judge