Civil Action No.: **4:19‑CV‑00529‑MWB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any)  ___Elias Hanna___

was received by me on (date) December 31, 2019,

& Complaint

☐ I personally served the summons on the individual at (place)  9504 State Route 30, Irwin,

North Huntington, PA 15642 _____ on (date) January 02, 2020. _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

January 02, 2020
_____
Date

_____
Server's Signature
William N. Leiber
PA State Constable
Printed name and title
P.O. Box 8786
Pittsburgh, PA 15221
(412) 298‑4090
PA Cert.# W000373
_____
Server's Address

Additional information regarding attempted service, etc: