## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC   :
t/d/b/a PACE-O-MATIC, and   :
SAVVY DOG SYSTEMS, LLC,   :
          :   4:19-cv-00529-MWB
      Plaintiffs,   :
          :
    v.   :
          :
PASKILLVENDING.COM,   :
ELIAS HANNA, JOHN DOES 1-100,   :
and XYZ COMPANIES 1-100,   :
          :
      Defendants.   :

### STIPULATION TO EXTEND TIME FOR
### DEFENDANT ELIAS HANNA TO ANSWER COMPLAINT

Plaintiffs POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, and Savvy Dog

Systems, LLC, (collectively, "Plaintiffs"), by and through its attorneys, and Elias

Hanna, ("Hanna") stipulate and agree that:

1. Hanna's time to file an answer to the Complaint is extended until and

including February 24, 2020.

Dated: January 23, 2020

**KLEINBARD LLC**

Matthew H. Haverstick (PA ID No. 85072)
Paul G. Gagne (Admitted *pro hac vice*) (PA
ID No. 42009)
Shohin H. Vance (PA ID No. 323551)
Three Logan Square
1717 Arch Street, 5th Floor

{01870963;v1 }

Philadelphia, PA 19103
Phone: (215) 568-2000
Fax: (215) 568-0140
mhaverstick@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

*Attorneys for Plaintiffs*

Elias Hanna
*Defendant Pro Se*

Elias Hanna
*Defendant Pro Se*

{01870963;v1 }