## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POM OF PENNSYLVANIA, LLC | : | |
| t/d/b/a PACE-O-MATIC, and | : | |
| SAVVY DOG SYSTEMS, LLC, | : | |
| | : | 4:19-cv-00529-MWB |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PASKILLVENDING.COM, | : | |
| ELIAS HANNA, JOHN DOES 1-100, | : | |
| and XYZ COMPANIES 1-100, | : | |
| | : | |
| Defendants. | : | |

### ORDER

AND NOW, this _____ day of January, 2020, upon consideration of the

Stipulation to Extend Time filed by the parties on January 24, 2020, it is hereby

ORDERED that that Stipulation is APPROVED and that the time for defendant

Elias Hanna to file an answer to the Complaint is extended until and including

February 24, 2020.

BY THE COURT:

_____

Brann, U.S.D.J

{01872329;v1 }